CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 19 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BERNARD BROWN,<br>　　Plaintiff, | Civil Action No. 7:09-cv-00038 |
| v. | **FINAL ORDER** |
| DEBORAH MCKNIGHT, ET AL.,<br>　　Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 19th day of March, 2009.

　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　United States District Judge